UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Distinct Global Brands LLC**
105 Glencedars Ln
Canton, GA 30115

**82–1391439**

Case No.: **24–61525–jwc**
Chapter: **7**
Judge: **Jeffery W. Cavender**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Jeffery W. Cavender_
Jeffery W. Cavender
United States Bankruptcy Judge

Dated: February 18, 2025
Form 184